214 U.S. 496
 29 S.Ct. 698
 53 L.Ed. 1059
 GEORGE W. THOMAS, Plaintiff in Error,
v.
SOUTH SIDE ELEVATED RAILWAY COMPANY.
 No. 157.
 April 26, 1909.
 
 Mr. George W. Thomas, in propria persona.
 Messrs. Monroe L. Willard and Cecil Page for defendant in error.
 
 Per Curiam:
 
 
 
 1
 Writ of Error dismissed for want of jurisdiction. Stevens v. Nichols, 157 U. S. 370, 39 L. ed. 736, 15 Sup. Ct. Rep. 640; Loeber v. Schroeder, 149 U. S. 580, 37 L. ed. 856, 13 Sup. Ct. Rep. 934; Central Land Co. v. Laidley, 159 U. S. 103, 40 L. ed. 91, 16 Sup. Ct. Rep. 80; A. Backus, Jr., & Sons v. Fort Street Union Depot Co. 169 U. S. 557, 42 L. ed. 853, 18 Sup. Ct. Rep. 445; Ballard v. Hunter, 204 U. S. 241, 51 L. ed. 461, 27 Sup. Ct. Rep. 261; Tracy v. Ginzberg, 205 U. S. 170, 51 L. ed. 755, 27 Sup. Ct. Rep. 461; Rusch v. John Duncan Land & Min. Co. 211 U. S. 526, 53 L. ed. ——, 29 Sup. Ct. Rep. 172.